## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**

vs.

Case No.   **CCB-12-0280**

**Kenneth Oakley**

\* \* \* \* \* \*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by

_FPD Deinee Lissette_ , and the Government was represented by

Assistant United States Attorney _Michael Hanlon_ , it is

**ORDERED,** this ___6th___ day of _____February,_____ ___2020___ , that the

above-named defendant be, and the same hereby is, DETAINED by agreement of the parties

without prejudice to either side requesting a prompt hearing to set appropriate conditions of

release or otherwise address the detention of the defendant.

A. David Copperthite
United States Magistrate Judge

U.S. District Court (4/2000) Criminal Magistrate Forms: Detention by Agreement